BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PATRICK KEARNEY (Cal. Bar No. 295543)
Special Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 916-7881
    E-mail: Patrick.Kearney@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN RASHIDIAN,<br><br>    Petitioner,<br><br>v.<br><br>DAVID MARIN, *et al.*,<br><br>    Respondents. | No. 5:26-cv-00501-FMO-PD<br><br>**FEDERAL RESPONDENT'S RESPONSE TO PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

1  On February 4, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (the
2  "Petition") seeking an order requiring Respondents to release him from immigration
3  detention. *See* Dkt. 1. Petitioner concurrently filed an *Ex Parte* Application for
4  Temporary Restraining Order seeking essentially the same relief. *See* Dkt. 2. The Court,
5  on January 12, 2026, ordered Respondents to file a Response to the Petition by February
6  19, 2026. *See* Dkt. 10. At this time, Respondents do not have an opposition argument to
7  present.

Respectfully submitted,

Dated: February 19, 2026

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 */s/ Patrick J. Kearney*
PATRICK J. KEARNEY
Special Assistant United States Attorney

Attorneys for Respondents

1