## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN RASHIDIAN, | ) | Case No. ED CV 26-00501 FMO (PD) |
| Petitioner, | ) | |
| v. | ) | **ORDER RE: EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| DAVID MARIN, et al., | ) | |
| Respondents. | ) | |

Having reviewed and considered all the briefing filed with respect to Hassan Rashidian's ("petitioner") Ex Parte Application for Temporary Restraining Order (Dkt. 2, "Application"), and in light of respondents' lack of opposition to the Application, (see Dkt. 13, Response at 1) ("At this time, Respondents do not have an opposition argument to present."), IT IS ORDERED THAT:

1. Petitioner's Ex Parte Application **(Document No. 2)** is **granted** as set forth in this Order.

2. Respondents shall release petitioner forthwith.

3. Respondents shall file with the court a Notice of Compliance within twenty-four (24) hours of releasing petitioner.

4. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District pending final resolution of this case, or unless executing a final order of removal issued against petitioner.

5. Given that the standard for granting a TRO and preliminary injunction are the same, see Stuhlbarg Int'l Sales Co., 240 F.3d at 839 n. 7, the court will construe petitioner's Application as an application for a preliminary injunction ("PI Application").

6. Respondents shall file their opposition to the PI Application by no later than **February 27, 2026**. Failure to file their opposition by the deadline set forth above shall be deemed as consent to the granting of the PI Application.

7. Petitioner shall file his Reply in support of her PI Application by no later than **March 3, 2026**.

8. The court shall decide, after reviewing the parties' papers, whether to hold a hearing on the PI Application or take the PI Application under submission.

Dated this 20th day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge