# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN RASHIDIAN, | Case No. ED CV 26-00501 FMO (PD) |
| Petitioner, | |
| v. | **ORDER RE: CASE STATUS** |
| DAVID MARIN, et al., | |
| Respondents. | |

On February 20, 2026, the court granted petitioner's request for a Temporary Restraining Order and ordered respondents to release petitioner forthwith. (Dkt. 14, Court's Order of February 20, 2026, at 1). Petitioner was released on February 21, 2026. (Dkt. 15, Respondents' Status Report at 2). It is not clear whether further relief is available, and if so, what that relief would be. Accordingly, IT IS ORDERED THAT:

1. The parties shall meet and confer no later than **March 17, 2026**, to discuss what, if anything, remains to be done with respect to the Petition (Dkt. 1).

2. Should the parties agree there is nothing further for the court to decide, they shall file a stipulation and proposed dismissal order no later than **March 19, 2026**.

3. If the parties disagree as to whether anything remains to be decided with respect to the Petition, then the parties shall file a joint status report. The status report shall, at a minimum, include the parties' positions on the following: (1) what issues remain for decision; (2) with respect

to each issue, whether both parties intend to stand on briefing already filed, and if so, pointing the court to the specific docket entries and page numbers that provide the relevant briefing on each of the issues that remain; (3) if either party believes further briefing is necessary, proposing a schedule for such briefing and lodging a proposed briefing order; and (4) whether the parties agree to consent to the assigned Magistrate Judge for all purposes.[1]  The parties' joint status report shall be filed no later than **March 19, 2026**.

    4.  If the parties do not file a stipulation or joint status report by the deadlines set forth above, the court will deem that as consent that no further relief is available and dismiss the case without prejudice.

Dated this 10th day of March, 2026.

                                            /s/
                                Fernando M. Olguin
                              United States District Judge

---

[1] If the parties consent to the assigned Magistrate Judge, they may file a Consent to Magistrate Judge (form CV-11D) in lieu of a joint status report by the above deadline.