JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASSAN RASHIDIAN, | Case No. ED CV 26-00501 FMO (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID MARIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not be detained unless respondents demonstrate at a pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

2. Should respondents take steps to remove petitioner to a third country, respondents shall

not remove petitioner to any third country without providing petitioner and his counsel written notice and affording petitioner a meaningful opportunity to seek any available fear-based protections or relief.

3. The above-captioned action is dismissed without prejudice.

Dated this 31st day of March, 2026.


_____
                /s/
          Fernando M. Olguin
      United States District Judge